No. 722, Misc.   CRAWFORD v. UNITED STATES.   Motion for leave to file petition for writ of certiorari denied. *Richard A. Baenen* for petitioner.   *Solicitor General Cox, Acting Assistant Attorney General Doar, Harold H. Greene* and *Gerald P. Choppin* for the United States.

No. 948, Misc.   WEISSENBORN v. JONES ET AL.   Motion for leave to file petition for writ of mandamus denied. *Lewis M. Kanner* for petitioner.

No. 955, Misc.   BRULOTTE ET AL. v. POWELL, U. S. DISTRICT JUDGE.   Motion for leave to file petition for writ of mandamus denied. *Arlington C. White, Margaret E. White* and *Cutler W. Halverson* for petitioners.

No. 525, Misc.   DUDA, AMBASSADOR OF CZECHOSLOVAK SOCIALIST REPUBLIC v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND.   Motion for leave to file petition for writ of prohibition and/or mandamus denied. *Leonard B. Boudin* and *Victor Rabinowitz* for petitioner.   *William A. Grimes* for Flota Maritima Browning de Cuba, S. A.   *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *John C. Eldridge* for the United States, as *amicus curiae,* in opposition.

Nos. 948 and 949.   UNITED STATES v. PRICE ET AL. Appeals from D. C. S. D. Miss.   Further consideration of question of jurisdiction postponed to hearing of cases on merits.   Motion to consolidate granted and a total of two hours allotted for oral argument.   *Solicitor General Cox, Acting Assistant Attorney General Doar, Ralph S. Spritzer, Louis F. Claiborne, Harold H. Greene* and *Howard A. Glickstein* for the United States.